**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, <br>     Plaintiff, <br> v. <br> LIQUID WEB, LLC, <br>     Defendant. | CIVIL ACTION NO. 1:22-cv-01178 <br><br> **JURY TRIAL DEMANDED** |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF
<u>JAMES F. McDONOUGH, III AND JONATHAN R. MILLER</u>**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of James F. McDonough, III and Jonathan R. Miller of the law firm **Rozier Hardt McDonough PLLC** to represent Plaintiff DATACLOUD TECHNOLOGIES, LLC in this matter.

Dated: <u>September 12, 2022</u>

Respectfully submitted,

*/s/ Stamatios Stamoulis*

**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540

*Attorney for Plaintiff DATACLOUD TECHNOLOGIES, LLC*

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, | CIVIL ACTION NO. 1:22-cv-00117 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| LIQUID WEB, LLC, | |
| Defendant. | |

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of James F. McDonough, III and Jonathan R. Miller of the law firm **Rozier Hardt McDonough PLLC** (D.I. \_\_\_\_) is granted.

Dated: _____       _____
                                                                            United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

Date: <u>September 12, 2022</u>                    */s/ Stamatios Stamoulis*
                                                                Stamatios Stamoulis #4606

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of GEORGIA and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's Office.

Date: September 12, 2022

James F. McDonough, III, Esq.
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9505
Email: jim@rhmtrial.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of GEORGIA and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's Office.

Date: September 12, 2022

Jonathan R. Miller, Esq.
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9517
Email: miller@rhmtrial.com